

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-86,528-01

**EX PARTE BUCK ALAN WINTON, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1385393-A IN THE 339TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). From the record, it appears that Applicant filed two memoranda of law with attached exhibits, and in each case, the habeas court granted Applicant's motions to seal the memoranda and attached exhibits. Additionally, during the live hearing, the record shows that the State introduced a DVD into evidence as State's Exhibit 1. Applicant's sealed documents and the State's DVD were not included in the habeas corpus record forwarded to this Court.

The District Clerk of Harris County shall file a response that includes Applicant's sealed

memoranda (and exhibits) as well as State's Exhibit 1, introduced at the live hearing held in this matter. Should the District Clerk determine it has no such items on file, it shall so certify.

This application will be held in abeyance the District Clerk responds. A supplemental record containing the missing items (or the certification that they do not exist) shall be forwarded to this Court within 60 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: July 26, 2017
Do not publish